■ In the Matter of the Estate of WILLIAM C. SAGE, Deceased. BARBARA McKASTY, Respondent; ELIZABETH A. ELDRIDGE, Appellant. — In a probate proceeding, the objectant appeals from a decree of the Surrogate's Court, Suffolk County (Signorelli, S.), dated October 23, 1980, which admitted the will to probate. Decree affirmed, with $50 costs and disbursements payable by appellant personally. In this contested probate proceeding the Surrogate reserved decision on the objectant's motion to dismiss at the close of the proponent's case for failure to make out a prima facie case because only one of the attesting witnesses had testified up to that point. Such deficiency in proof was satisfied by the testimony of the second attesting witness received on the objectant's case (see National Bank of North Amer. v Systems Home Improvement, 69 AD2d 557, 562). The evidence in the record adequately supports the Surrogate's determination. We have examined the objectant's other contentions and find them to be without merit. Lazer, J. P., Gibbons, Gulotta and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YVONNE BALLARD, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Cooper, J.), rendered October 6, 1979, convicting her of manslaughter in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The trial court's charge to the jury, construed as a whole, was fair and accurately presented the law. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.